Thomas Lether, IDBA #8808
LETHER & ASSOCIATES
tlether@letherlaw.com
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
Tel: (206) 467-5444
Fax: (206) 467-5544
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, a foreign insurance company,<br><br>Plaintiffs,<br><br>v.<br><br>FRANK GURNEY, INC., a Washington corporation; and IDAHO DEPARTMENT OF TRANSPORTATION, an agency of the State of Idaho,<br><br>Defendants. | No. 2:19-cv-1<br><br>**COMPLAINT FOR DECLARATORY RELIEF (28 U.S.C. § 2201)** |

Plaintiff The Phoenix Insurance Company (hereinafter "Phoenix") submits the following Complaint for Declaratory Relief pursuant to 28 U.S.C. § 2201 and Fed.R.Civ.P. 57.

PHOENIX'S COMPLAINT
FOR DECLARATORY RELIEF – 1

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## I. PARTIES

1.1 Plaintiff Phoenix is a foreign insurance company licensed to conduct business in the State of Washington. Phoenix is organized under the laws of the State of Connecticut with its principal place of business in the State of Connecticut. Phoenix is licensed to transact business in Washington and at all material times has transacted business in Washington.

1.2 Defendant Frank Gurney, Inc. (hereinafter "Gurney") is a Washington corporation with its principal place of business in the State of Washington.

1.3 Defendant Idaho Department of Transportation (hereinafter "IDT") is an agency of the State of Idaho, located in Boise, Idaho.

## II. JURISDICTION AND VENUE

2.1 Jurisdiction is properly before this Court pursuant to 28 U.S.C. §1332, *et. seq.*, as complete diversity exists among the parties and the amount in controversy exceeds $75,000.

2.2 The Court has jurisdiction over this declaratory judgment action pursuant to 28 U.S.C. § 2201 because there is an actual and justiciable controversy between the parties with respect to the existence of insurance coverage under the policies of insurance issued by Phoenix. A judicial determination and declaration of the rights and obligations of the parties is necessary and appropriate at this time because Phoenix has no adequate remedy at law which will resolve the current controversy.

2.3 Venue is proper in this Court pursuant to 28 U.S.C. § 1391 as this action involves a dispute over the application of insurance coverage to events taking place in this district.

## III. FACTUAL BACKGROUND

A. **The Underlying Claim**

PHOENIX'S COMPLAINT
FOR DECLARATORY RELIEF – 2

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

3.1     This lawsuit is an insurance coverage dispute arising out of claims by IDT against Gurney arising from work performed by Gurney in the State of Idaho.

3.2     The subject claim arises from alleged damage to concrete barrier guardrails located upon Interstate 90.

3.3     Gurney was retained by Idaho to install concrete barrier guardrails on a section of Interstate 90 between Mullan, Idaho and the Montana border.

3.4     These barriers were manufactured in 2014 and installed in 2015 and 2016.

3.5     The barrier were fabricated and supplied by Standard Traffic Control (hereinafter "STC").

3.6     The concrete was produced by Central Pre-Mix Concrete Company (hereinafter "CPM").

3.7     In or about February of 2016, ITD reported deterioration on a majority of the barriers installed in 2015.

3.8     ITD reported deterioration in the form of scaling, cracking, and spalling.

3.9     According to Gurney, the guardrails have failed or may fail due to concentrated de-icing solutions applied by IDT. At no time has a lawsuit been initiated with regard to IDT's claims against Gurney.

**B.  The Policies Issued By Phoenix**

3.10    Phoenix issued a commercial general liability insurance policy, numbered DT-CO-5269961-PHX-16, to Gurney, which incepted on April 1, 2008 and expired on April 1, 2009.

3.11    This policy was subsequent renewed for one year periods, until April 1, 2017.

3.12    These policies shall hereinafter be referred to as the "Phoenix Policies."

PHOENIX'S COMPLAINT
FOR DECLARATORY RELIEF – 3

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

3.13     The Phoenix Policies had a $1,000,000 each occurrence limit and a $2,000,000 aggregate limit, and include the terms, conditions and exclusions set forth below.

3.14     The commercial general liability portion of the Phoenix Policies contain the following insuring agreement:

> **SECTION I -COVERAGES**
> **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**
>
> **1.     Insuring Agreement**
>
>     **a.**     We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:
>
>         **(1)**     The amount we will pay for damages is limited as described in Section III Limits Of Insurance; and
>         **(2)**     Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.
>
>     No other obligation or liability to pay sum or perform acts or services is covered unless explicitly provided for under Supplementary Payments Coverages **A** and **B**.
>
>     **b.**     This insurance applies to "bodily injury" and "property damage" only if:
>
>         **(1)**     The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

PHOENIX'S COMPLAINT
FOR DECLARATORY RELIEF – 4

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

  **(2)** The "bodily injury" or "property damage" occurs during the policy period;

  **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II – Who Is An Insured** and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

 **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. Of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

 **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II – Who Is An Insured** or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

  **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

  **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

PHOENIX'S COMPLAINT
FOR DECLARATORY RELIEF – 5

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

        **(3)**    Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

. . .

CG 00 01 10 01

3.15    The Phoenix Policies also contain the following exclusionary provisions:

    **b.**    **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

    **(1)**    That the insured would have in the absence of the contract or agreement; or

    **(2)**    Assumed by you in a contract or agreement that is an "insured contract", provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "bodily injury" or "property damage", provided that:

    **(a)**    Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

    **(b)**    Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

CG 00 01 10 01 as amended by CG D4 21 07 08

    **j. Damage To Property**

"Property damage" to:

. . .

    **(5)**    That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing

PHOENIX'S COMPLAINT
FOR DECLARATORY RELIEF – 6

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

…

Paragraphs **(3), (4), (5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products completed operations hazard".

CG 00 01 10 01

### k. Damage To Your Product

"Property damage" to "your product" arising out of it or any part of it.

CG 00 01 10 01

### l. Damage To Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a sub-contractor.

CG 00 01 10 01

### m. Damage To Impaired Property Or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

PHOENIX'S COMPLAINT
FOR DECLARATORY RELIEF – 7

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

>   This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

CG 00 01 10 01

    3.16    The Phoenix Policies contain the following endorsement regarding non-cumulation of each occurrence limit of liability:

> **AMENDMENT NON CUMULATION OF EACH OCCURRENCE LIMIT OF LIABILITY and NON CUMULATION OF PERSONAL and ADVERTISING INJURY LIMIT**
>
> This endorsement modifies insurance provided under the following:
>
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
>
> **1.** Paragraph 5 of SECTION III -- LIMITS OF INSURANCE, is amended to include the following:
>
> Non cumulation of Each Occurrence Limit -- If one "occurrence" causes "bodily injury" and/or "property damage" during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated company, the amount we will pay is limited. This policy's Each Occurrence Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "occurrence".
>
> . . .

CG D2 03 12 97

    3.17    The Phoenix Policies contain the following definitions

> **SECTION V – DEFINITIONS**
> . . .
> **8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

PHOENIX'S COMPLAINT
FOR DECLARATORY RELIEF – 8

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

       **a**.    It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or
       **b.**    You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

       **a.**    The repair, replacement, adjustment or removal of "your product" or "your work"; or
       **b**.    Your fulfilling the terms of the contract or agreement.

**9.**    "Insured contract" means:

. . .

       **f.**    That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "property damage" to a third person or organization.  Tort liability means a liability that would be imposed by law in the absence of any contract or agreement….

. . .

**13.**    "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

. . .

**16.**    "Products-completed operations hazard":
       **a.**    Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:
              **(1)**    Products that are still in your physical possession; or
              **(2)**    Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:
                  **(a)**    When all of the work called for in your contract has been completed.
                  **(b)**    When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.
                  **(c)**    When that part of the work done at a job site has been put to its intended use by any person or organization other than another

PHOENIX'S COMPLAINT
FOR DECLARATORY RELIEF – 9

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

. . .

17. "Property damage" means:
    a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or
    b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

. . .

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:
    a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or
    b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

. . .

21. "Your Product":
    a. Means:
        (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:
            (a) You;
            (b) Others trading under your name; or
            (c) A person or organization whose business or assets you have acquired; and
    b. Includes:

PHOENIX'S COMPLAINT
FOR DECLARATORY RELIEF – 10

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

>   **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and
>   **(2)** The providing of or failure to provide warnings or instructions.
>   . . .
>   **22.** "Your work":
>   **a.** Means:
>      **(1)** Work or operations performed by you or on your behalf; and
>      **(2)** Materials, parts or equipment furnished in connection with such work or operations.
>   **b.** Includes:
>      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and
>      **(2)** The providing of or failure to provide warnings or instructions.

CG 00 01 10 01

3.18 Phoenix reserves the right to assert any other policy language or policy coverage forms that may be potentially applicable to IDT's claims.

**C.     Tenders to Phoenix**

3.19 On May 19, 2016, Gurney placed Phoenix on notice of IDT's claims.

3.20 Gurney provided information regarding its work and the claims against it to Phoenix over the next eight months.

3.21 Phoenix evaluated its coverage obligations based upon the information provided to it.

3.22 On January 20, 2017, Phoenix issued a coverage position letter disclaiming coverage for the claims by IDT against Gurney.

3.23 Phoenix determined, based upon the information provided, there was no coverage for Gurney with respect to IDT's claims.

3.24 Gurney continued to provide information, which Phoenix reviewed.

PHOENIX'S COMPLAINT
FOR DECLARATORY RELIEF – 11

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

3.25   On June 27, 2017, Phoenix issued a supplemental coverage position letter which maintained Phoenix's coverage position as previously stated.

3.26   Thereafter, at Gurney's request, Phoenix maintained the file and kept the claim open.

## IV. THERE IS AN ACTUAL AND JUSTICIABLE CONTROVERSY AS TO PHOENIX'S COVERAGE OBLIGATIONS

4.1   Phoenix reasserts paragraphs 1.1 through 3.26 and incorporates the same as though fully stated herein.

4.2   The Phoenix Policies provide coverage only for "property damage" caused by an "occurrence", as those terms are defined by the policy, provided that any such "property damage" occurs during the policy period and Gurney did not know, in whole or in part about the alleged "property damage" prior to the inception of any applicable policy period.

4.3   There is an actual and justiciable controversy as to whether the claims against Gurney involve claims for "property damage" as that term is defined.

4.4   There is an actual and justiciable controversy as to whether of the claims against Gurney involve an "occurrence" as that term is defined by the Phoenix Policies.

4.5   There is an actual and justiciable controversy as to whether the alleged liability of Gurney is for "property damage" caused by any covered "occurrence."

4.6   There is an actual and justiciable controversy as to whether any "property damage" that was allegedly caused by a covered "occurrence" occurred during any policy period.

PHOENIX'S COMPLAINT
FOR DECLARATORY RELIEF – 12

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

4.7   There is an actual and justiciable controversy as to whether Gurney had knowledge, in whole or in part, of any alleged "property damage" prior to the inception of any policy period.

4.8   Pursuant to the Phoenix Policies, coverage is excluded for "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

4.9   There is an actual and justiciable controversy as to whether Gurney is obligated to pay for any alleged "property damage" due to an assumption of liability in a contract or agreement.

4.10   Pursuant to the Phoenix Policies, coverage is excluded for "property damage" to the particular part of real property in which the insured was operating and arising out of those operations.

4.11   There is an actual and justiciable controversy as to whether any "property damage" was to the particular part of real property in which Gurney was operating and arising out of those operations.

4.12   Pursuant to the Phoenix Policies, coverage is excluded for "property damage" to the particular part of any property that must be restored, repaired or replaced because Gurney' work was incorrectly performed on it.

4.13   There is an actual and justiciable controversy as to whether any "property damage" was to a particular part of property that must be restored, repaired or replaced because Gurney's work was incorrectly performed on it.

4.14   Pursuant to the Phoenix Policies, coverage is precluded for "property damage" to "impaired property" or other property that has not been physically injured arising out of a

PHOENIX'S COMPLAINT
FOR DECLARATORY RELIEF – 13

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

defect, deficiency, inadequacy or dangerous condition in the insured's product or the insured's work.

4.15   There is an actual and justiciable controversy as to whether any alleged "property damage" to any "impaired property" or other property that has not been physically injured arises out of a defect, deficiency, inadequacy or other dangerous condition in Gurney's work or product.

4.16   Pursuant to the Phoenix Policies, coverage is excluded for "property damage" to "impaired property" or other property that has not been physically injured arising out of a delay or failure by an insured or anyone acting on the insured's behalf to perform a contract or agreement in accordance with the terms of the contract or agreement.

4.17   There is an actual and justiciable controversy as to whether any alleged "property damage" to any "impaired property" or other property that has not been physically injured arises out of a delay caused by Gurney or a failure by Gurney to perform a contract or agreement in accordance with the terms of the contract or agreement related to the Project.

4.18   Pursuant to the Phoenix Policies, coverage is excluded for liability for "property damage" to "your work".

4.19   There is an actual and justiciable controversy as to whether the claims against Gurney involve liability for "property damage" to Gurney's work.

4.20   Pursuant to the Phoenix Policies, coverage is excluded for liability for "property damage" to "your product".

4.21   There is an actual and justiciable controversy as to whether the claims against Gurney involve liability for "property damage" to Gurney's product.

4.22   Pursuant to the Phoenix Policies, if there is coverage under more than one

PHOENIX'S COMPLAINT
FOR DECLARATORY RELIEF – 14

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

commercial general liability coverage part in policies issued by Phoenix or an affiliated company, the amount Phoenix will pay is limited.

4.23    There is an actual and justiciable controversy as to whether the amount Phoenix would pay is limited due to coverage under multiple policies.

4.24    Pursuant to the Phoenix Policies, Phoenix has an obligation to defend Gurney in a "suit" seeking damages to which the insurance applies.

4.25    There is an actual and justiciable controversy as to whether there is a currently any "suit" for which Phoenix has an obligation to defend Gurney.

4.26    Phoenix reserves the right to assert any other exclusions or grounds for which coverage for the claims against Gurney may be excluded under the Phoenix Policies.

## VI.    CAUSE OF ACTION FOR DECLARATORY RELIEF

5.1    Phoenix reasserts paragraphs 1.1 through 4.26 and incorporates the same as though fully set forth herein.

5.2    Actual and justiciable controversies exist as to whether any defense coverage is available to Gurney under the Phoenix Policies as set forth above.

5.3    Pursuant to and in accordance with 28 U.S.C. § 2201, Phoenix requests that the Court grant declaratory relief in favor of Phoenix and enter a judicial determination that Phoenix does not have an obligation to provide a defense to Gurney in regard to the claims asserted by IDT.

5.4    Actual and justiciable controversies exist as to whether any indemnity coverage is available to Gurney under the Phoenix Policies in regard to the claims asserted by IDT.

5.5    Pursuant to and in accordance with 28 U.S.C. § 2201, Phoenix requests that the Court grant declaratory relief in favor of Phoenix and enter a judicial determination that

PHOENIX'S COMPLAINT
FOR DECLARATORY RELIEF – 15

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

Phoenix does not have an obligation to provide any indemnity coverage to Gurney in regard to the claims asserted by IDT.

### VII. PRAYER FOR RELIEF

WHEREFORE, The Phoenix Insurance Company, having specifically alleged the foregoing, now pray for the following relief:

1. For a declaration of the rights and obligations of the parties hereto under the Policies.

2. For a declaration that there is no duty to defend Gurney under the Phoenix Policies.

3. For a declaration that there is no duty to indemnify Gurney under the Phoenix Policies.

4. For a judicial declaration that IDT is bound by any judicial declarations in this matter involving the Phoenix Policies.

5. To the extent allowed by applicable law, for reimbursement of any and all defense costs, fees, or expenses incurred by Phoenix in defending any entity or person in the who claims to be an insured under any of the Phoenix Policies for which there is no defense obligation.

6. For all pre-judgment and post-judgment interest as allowed by applicable law.

7. For attorney fees and costs allowed by applicable statute and law.

//
//
//
//

PHOENIX'S COMPLAINT
FOR DECLARATORY RELIEF – 16

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

8. For other and further relief as the Court deems just and equitable.

DATED this 2nd day of January, 2019.

    LETHER & ASSOCIATES, PLLC

    *s/ Thomas Lether*
    Thomas Lether, IDBA #8808
    1848 Westlake Ave N., Suite 100
    Seattle, WA 98109
    P: 206-467-5444 / F: 206-467-5544
    tlether@letherlaw.com
    *Counsel for The Phoenix Insurance Company*

PHOENIX'S COMPLAINT
FOR DECLARATORY RELIEF – 17

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544